UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TYLER M., on behalf of TODD M. (deceased), | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-02316-MJD-JRS |
| | ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION TO REMAND**

This matter is before the Court on Defendant's Motion to Remand [Dkt. 16] and Plaintiff's Unopposed Motion to File Sur-Reply to Defendant's Reply [Dkt. 21]. Both motions are **GRANTED**. The Court has considered Plaintiff's surreply, found at Dkt. 21-2, in making this ruling.

The Commissioner's decision is **REVERSED** and this case is **REMANDED** for a *de novo* determination regarding (1) Dr. French's opinion relating to Claimant's ability to stand and walk and (2) Step 5. The ALJ shall either (1) award benefits; (2) hold a new hearing; or (3) provide Plaintiff with notice that he or she does not intend to a hold a new hearing and the opportunity to submit arguments and evidence prior to the ALJ's entry of a new decision.

SO ORDERED.

Dated: 27 AUG 2021

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.